| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __7__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

1. **Debtor's name**  Momentum Auto Group, LLC

2. **All other names debtor used in the last 8 years**  aka Midland Mitsubishi

    Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82 – 1447934

4. **Debtor's address**

    **Principal place of business**

    3915 W. Wall Street
    Number    Street

    Midland    TX    79703
    City       State  ZIP Code

    Midland
    County

    **Mailing address, if different from principal place of business**

    PO Box 7707
    Number    Street

    P.O. Box

    Midland    TX    79708
    City       State  ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number    Street

    City       State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Momentum Auto Group, LLC**  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Momentum Auto Group, LLC** _____     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY
          District _____ When _____ Case number _____
              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes. Debtor **Pete Martinez, Jr.** _____ Relationship _____
           District _____ When _____
              MM / DD / YYYY
           Case number, if known _____

           Debtor _____ Relationship _____
           District _____ When _____
              MM / DD / YYYY
           Case number, if known _____

11. **Why is the case filed in *this district?***

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Momentum Auto Group, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____    _____    _____
City                                         State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
          Contact name   _____
          Phone          _____

---

### Statistical and adminstrative information

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| | | | | | |
|---|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Momentum Auto Group, LLC**     Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

X **/s/ Pete Martinez, Jr.**
Signature of authorized representative of debtor
**Pete Martinez, Jr.**
Printed name
**Managing Member**
Title

**18. Signature of attorney**

X **/s/ Alvaro Martinez, Jr.**     Date _____
Signature of attorney for debtor     MM / DD / YYYY

**Alvaro Martinez, Jr.**
Printed name
**Martinez Law Firm**
Firm name
**1607 N. Big Spring**
Number    Street

**Midland**     **TX**     **79701**
City     State     ZIP Code

**(432) 789-1044**     **alvaro@alvaromartinez.com**
Contact phone     Email address

**24032576**     **TX**
Bar number     State

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

In re **Momentum Auto Group, LLC**　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter　**7**　_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---:|
   | For legal services, I have agreed to accept.................................................... | **$2,500.00** |
   | Prior to the filing of this statement I have received....................................... | **$2,500.00** |
   | Balance Due........................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:
   　☑ Debtor　　　☐ Other (specify)

3. The source of compensation to be paid to me is:
   　☐ Debtor　　　☑ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **The Initial Retainer fee does not include attorney representation in any Court Action filed in conjunction with Clients' petition including, but not limited to Adversary Proceedings such as Dischargeability Complaints, protracted litigation concerning Motions such as Avoidance of Lien or Relief from Automatic Stay, Valuation of Assets, Modification of or Amendment of Schedules, or Dismissal. In addition, this fee does not include conversion of this case to one under Chapter 7, 11, 12, or 13. Chapter 7 clients have been informed that any balance owing after the case is filed is dischargeable.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| _____ | **/s/ Alvaro Martinez, Jr.** |
| *Date* | *Alvaro Martinez, Jr.*    Bar No. 24032576 |
| | Martinez Law Firm |
| | 1607 N. Big Spring |
| | Midland, TX 79701 |
| | Phone: (432) 789-1044 / Fax: (432) 789-1041 |

---

**/s/ Pete Martinez, Jr.**

*Pete Martinez, Jr.*
*Managing Member*

700 Credit
101015
Pasadena, CA 91189

ADT, LLC
8650 Freeport Pkwy
Irving, TX 75063

Alexandra Diaz
1501 N 9th st
Lamesa, TX 79331

Allen Stewart PC / Nia Wilson
1700 Pacific Avenue Ste 2750
Dallas, TX 75201

Alliance Auto Auction
6657 US Hwy 80 West
Abilene, TX 79605

American Credit Acceptance
961 East Main Street
Spartanburg, SC 29302

American Express Business Prime
28 Liberty St
New York, NY 10005-1400

America's Auto Auction Lone Star Lubbock
2706 E Slaton Rd
Lubbock, TX 79404

Arturo Borjon
212 E Simmit
Midland, TX 79701

Ashleigh Dolloff
4613 Kiowa Dr
Midland, TX 79703

Ashton McKinney
1348 Tanglewood
Odessa, TX 79761

Atmos Energy
P.O. Box 650205
Dallas, TX 75265-0205

Attorney General of the U.S
Main Justice Bldg Room 5111
10th & Constitution Ave, N.W.
Washington, DC 20530

Auction Insurance Agency
2200 Woodcrest Pl Ste 100
Birmingham, AL 35209

Autmotive Finance Corporation
2202 Menaul Blvd NE
Albuquerque, NM 87107

AutoZone Parts Inc / Costomer# 112085546
2121 Airline Drive
Metairie, LA 70001

Basin Auto Brokers
3239 Franklin Ave
Midland, TX 79701-6721


Brave National Bank
PO Box 577
Iraan, TX


Brockett, McNeel & Pocsik, LLP
24 Smith Rd Suite 400
Midland, TX 79705


Capital One
8050 Dominion Pkwy Bldg 5
Plano, TX 75024


Capital One Auto Finance
Po Box 60511
City Industry, CA 91716-0511


CIG Financial LLC
19795
Irvine, CA 92623


Cintas Corporation Loc 440
2029 South Loop 250 West
Midland, TX 79703


City Bank
5219 City Bank Pwky
Lubbock, TX 79407

Consumer Portfolio Services Inc
19500 Jamboree Rd Ste 600
Irvine, CA 92612-2467

Credit Acceptance Corporation
25505 West 12 Mile Road
Southfield, MI 48034

Credito Real USA Finance
1475 W Cypress Creek Rd Ste 300
Fort Lauderdale, FL 33309

CSC Holdings LLC Altice USA
1 Court Square
Long Island City, NY 11101

CyberLead Inc
1777 Veterans Hwy Ste 8
Islandia, NY 11749

Dealertrack Inc / Cox Automotive
6205 Peachtree Dunwoody Rd
Atlanta, GA 30328-4524

Devlin, Naylor & Turbyfill, PLLC
5120 Woodway Dr Ste 9000
Houston, TX 77056-1725

Dominguez Savanna / Medrano, Elpidio
601 N Madison St
Midland, TX 79701

Enterprise Fleet Management / FM Trust
9315 Olive Blvd
Saint Louis, MO 63132

Equifax Dispute
Po Box 105873
Atlanta, GA 30348-5873

Exeter Finance LLC
Po Box 650693
Dallas, TX 75265-0693

Experian Dispute
Po Box 1240
Allen, TX 75013-1240

FedEx / Acc# 9633-4649-3
63247
North Charleston, SC 29419

Flagship Credit Acceptance
3 Christy Dr Ste 201
Chadds Ford, PA 19317-9670

Foursight Capital LLC
Po Box 45026
Salt Lake Cty, UT 84145-0026

Foursight Capital, LLC
2783 S Leadership Ct Ste 400
W Valley City, UT 84120-8210

Fourtsight Insurance Dept
Po Box 45026
Salt Lake Cty, UT 84145-0026

Gallaher Promotional Products Inc
2121 Airline Drive
Metairie, LA 70001

Global Lending Services
Po Box 935538
Atlanta, GA 31193-5538

Greak Law (Council for VHP / Valvoline)
8008 Slide Rd Ste 30
Lubbock, TX 79424

GVH Distribution / Coley Oaks
2601 SE Loop 289
Lubbock, TX 79404

HAMID-DIRECT AUTOPLEX
2612 Timberhollow Dr
Little Elm, TX 75068-6879

Happy Windshield by Windshields Etc
12321
Odessa, TX 79768

Holland & Knight, LLP
811 Main St Ste 2500
Houston, TX 77002-6129

Hull & Co, LLC
5750 Major Blvd Ste 200
Orlando, FL 32819-7971

iA American Warranty Group
204329
Austin, TX 78720

InterActive FInancial Marketing Group
1509 West Main Street
Richmond, VA 23220

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114-0326

Juan Fajardo
3600 W Loop 250 A#2071
Midland, TX 79701

KEESEE-ANTONIO
8911 S County Road 1160
Midland, TX 79706-8025

Linebarger Goggan Blair & Sampson LLP
711 Navarro St Ste 300
San Antonio, TX 78205-1749

LKQ Auto Parts of West Texas
1411 S Loop 289
Lubbock, TX 79423

Lorenzo
1313 E 5th St
Odessa, TX 79761-4709

Lozoya Construction
6819 N Fm 1788
Midland, TX 79707-8982

Luis Bermea-Mendez
1309 SW Ave G
Andrews, TX 79714

Office of the Texas Attorney General
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
Po Box 12548
Austin, TX 78711-2548

Polsinelli PC
2950 N Harwood St Suite 2100
Dallas, TX 75201

Prefered Administrators
Po Box 26830
Austin, TX 78755-0830

Prestige Financial Services, Inc
351 W Opportunity Way
Draper, UT 84020-1399

Prosperity Bank USA
80 Sugar Creek Center Blvd
Sugar Land, TX 77478-3542

R. Lee Turbyfill
5120 Woodway Dr Ste 9000
Houston, TX 77056-1725

Randy Osherow
342 W Woodlawn Ave Ste 100
San Antonio, TX 78212-3314

Rayfield Jefferson
3422 Live oak #D
Hobbs, NM 88242

Reinalt-Thomas Corp DBA Discount Tire
20225 N Scottsdale Rd Dept 50005
Scottsdale, AZ 85255

Ron Satija
Po Box 660208
Austin, TX 78766-7208

Santander Cons
Po Box 961245
Fort Worth, TX 76161-0244

Solera / Automate / Dealersocket
1500 Solana Blvd Bldg 6, 6300
Westlake, TX 76262-1690

Solera Auto Finance
6815 Saukview Dr
Saint Cloud, MN 56303-0811

Southern Auto Finance
Company LLC
413 E Atlantic Blvd
Pompano Beach, FL 33060-6257

State Comptroller Bankruptcy
Po Box 13528
Austin, TX 78711-3528

State Fire & Safety LLC
3007 Bonham Ave
Odessa, TX 79762

Technology Insurance Co
800 Superior Ave E 21st Floor
Cleveland, OH 44114-2613

Texas Department of Motor
Vehicles
4000 Jackson Ave
Austin, TX 78731-6007

Texas Employment
Commission
101 E 15th St
Austin, TX 78778-1442

Tracy/ Daniell Valles
609 Brooks Dr
Midland, TX 79703

TransUnion Dispute
Po Box 2000
Chester, PA 19016-2000

Trust Altus
2121 Airline Dr Ste 520
Metairie, LA 70001-5987

Veros Credit, LLC
Kiana Martinez
2333 N Broadway Ste 400
Santa Ana, CA 92706-1656

VGP Holdings LLC / Valvoline
100 Valvoline Way Ste 200
Lexington, KY 40509

Weltman, Weinberg & Reis
Po Box 93784
Cleveland, OH 44101-5784

West Texas Automotive of Midland
4703 Andrews Hwy
Midland, TX 79703

William Greenway
3605 S County road 13113
Odessa, TX 79765

Worldwide Express / UPS
2121 Airline Drive Ste 520
Metairie, LA 70001

Zurich North America
1299 Zurich Way
Schaumburg, IL 60196