**IT IS HEREBY ADJUDGED and DECREED that the below described is WITHDRAWN.**



Dated: October 07, 2024

_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | **CASE NO. 24-70126-SMR** |
| **MOMENTUM AUTO GROUP, LLC** § | |
| § | **CHAPTER 7** |
| **DEBTOR.** § | |

**<u>ORDER DISMISSING CHAPTER 7 CASE</u>**

Came on for consideration the Motion to Dismiss Case filed by the United States Trustee (the "Motion"). After considering the Motion, the Court finds that cause exists to dismiss this bankruptcy case under 11 U.S.C. § 707(a) because the Debtor, Momentum Auto Group, LLC, failed to file the information required by 11 U.S.C. § 521(a)(1) within 15 days after filing the petition for relief and cause exists for dismissal of this case. It is therefore **ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the above captioned bankruptcy case is hereby **DISMISSED**.

# # #

Order prepared and submitted by:
Gary Wright
Assistant United States Trustee
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701

1